1

2

3

4

5

6

7                                    IN THE UNITED STATES DISTRICT COURT

8

9                               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DARRYL E. BROWN,                              )      No. C 12-4197 JSW (PR)
                                                   )
12              Plaintiff.                          )      **ORDER OF DISMISSAL AND**
                                                   )      **ADMINISTRATIVELY**
13   v.                                            )      **CLOSING CASE**
                                                   )
14   CALIFORNIA,                                   )
                                                   )
15              Defendant.                          )
                                                   )
16   _____ )

17          This case was opened on August 3, 2012, when Plaintiff, a prisoner of the State of

18   California, filed a "motion for findings of contempt and/or a supplementary order."

19   Plaintiff has filed a number of cases in this court in the past, but because Plaintiff did not

20   include a case number and all of his prior cases are closed, the Clerk opened a new case

21   based upon the motion.  On the day it was opened, the Clerk notified Plaintiff that he had

22   neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP").

23   In the notice, Plaintiff was informed that the case would be dismissed if he did not pay

24   the fee or file a completed IFP application, within thirty days.  More than two month

25   have passed and Plaintiff has not paid the filing fee or filed an IFP application.

26          Plaintiff recently filed an inquiry into the status of his motion.  It appears from the

27   motion that Plaintiff did not intend to open a new case, but rather intended to file the

28   motion in one of his prior cases but that he was "unable to provide the court with a case

1  number . . . due to circumstances beyond his control." Plaintiff may not file the motion

2  in any of his prior cases as they are all closed. If Plaintiff has any claims he would like

3  to pursue in federal court, he may do so by filing a complaint or petition along with the

4  filing fee or a completed IFP application. As that does not appear to be his intent with

5  the filing of the motion in this case, this case the case is DISMISSED as opened in error.

6  The Clerk shall administratively close this case as opened in error. No fee is due.

7          IT IS SO ORDERED.

8  DATED: October 23, 2012

9                                          _____
                                           JEFFREY S. WHITE

10                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

DARRYL E BROWN,                                          Case Number: CV12-04197 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

9

CALIFORNIA et al,

Defendant.

10

_____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12

Court, Northern District of California.

13

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

15

16

17

Darryl E. Brown
California State Prison Corcoran

18

4A-1L-40
E-47841

19

P.O. Box 3476
Corcoran, CA 93212

20

Dated: October 23, 2012                          *Jennifer Ottolini*

21

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28